**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:25-CR-176

DARNELL NEY,                                (MEHALCHICK, J.)

      Defendant

**<u>ORDER</u>**

AND NOW, this 24th day of February, 2026, for the reasons set forth in the Memorandum Opinion filed concurrently herewith, Defendant Darnell Ney's objection to the application of U.S.S.G. §2A3.5(b)(1)(A) is overruled, as his objection to the language of Paragraph 48 of the final Presentence Report.

 

 

/s/ Karoline Mehalchick

**KAROLINE MEHALCHICK**
**United States District Judge**